No. 85–899. CONNECTICUT v. BARRETT. Sup. Ct. Conn. [Certiorari granted, 476 U. S. 1114.] Motion of National District Attorneys Association for leave to file a brief as *amicus curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–971. CLARKE, COMPTROLLER OF THE CURRENCY v. SECURITIES INDUSTRY ASSN.; and
No. 85–972. SECURITY PACIFIC NATIONAL BANK v. SECURITIES INDUSTRY ASSN. C. A. D. C. Cir. [Certiorari granted, 475 U. S. 1044.] Motion of the Solicitor General for divided argument granted.

No. 85–1092. KEYSTONE BITUMINOUS COAL ASSN. ET AL. v. DUNCAN, SECRETARY, PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL RESOURCES, ET AL. C. A. 3d Cir. [Certiorari granted, 475 U. S. 1080.] Motion of Pennsylvania State Grange et al. for leave to file a brief as *amici curiae* granted.

No. 85–1222. INTERSTATE COMMERCE COMMISSION v. TEXAS ET AL.; and
No. 85–1267. MISSOURI-KANSAS-TEXAS RAILROAD CO. ET AL. v. TEXAS ET AL. C. A. 5th Cir. [Certiorari granted, 476 U. S. 1157.] Motion of the Solicitor General for divided argument granted.

No. 85–1244. CITY OF PLEASANT GROVE v. UNITED STATES. D. C. D. C. [Probable jurisdiction noted, 476 U. S. 1113.] Motion of Democratic National Committee for leave to file a brief as *amicus curiae* granted.

No. 85–1277. SCHOOL BOARD OF NASSAU COUNTY, FLORIDA, ET AL. v. ARLINE. C. A. 11th Cir. [Certiorari granted, 475 U. S. 1118.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–1347. PENNSYLVANIA v. RITCHIE. Sup. Ct. Pa. [Certiorari granted, 476 U. S. 1139.] Motion of Appellate Committee of the District Attorneys Association of California for leave to file a brief as *amicus curiae* granted.